**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number *(If known)*: _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | WORLD OF DANCE TOUR INC. | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | WORLD OF DANCE | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26 – 4285506 | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> 111 N HARBOR BLVD, STE B <br> Number    Street <br><br> FULLERTON, CA 92832 <br> City    State    ZIP Code <br><br> ORANGE COUNTY <br> County | **Mailing address, if different from principal place of business** <br><br> Number    Street <br><br> P.O. Box <br><br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number    Street <br><br> City    State    ZIP Code |
| 5. | **Debtor's website** (URL) | WWW.WORLDOFDANCE.COM | |



Debtor  **WORLD OF DANCE TOUR INC.**                                    Case number (*if known*) _____
       Name

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    7 1 1 3

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12



Debtor  **WORLD OF DANCE TOUR INC.**    Case number (*if known*) _____
        Name

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ☒ No
    ☐ Yes. District _____ When ___/___/_____ Case number _____
                                  MM / DD / YYYY

    If more than 2 cases, attach a separate list.

    District _____ When ___/___/_____ Case number _____
                           MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
    District _____ When ___/___/_____
                          MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.

    Case number, if known _____

---

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number   Street

    _____
    City                                              State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**



Debtor  **WORLD OF DANCE TOUR INC.**  Case number (*if known*) _____
    Name

---

13. **Debtor's estimation of available funds**

    Check one:

    ☒ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49 ☐ 1,000-5,000 ☐ 25,001-50,000
    ☐ 50-99 ☐ 5,001-10,000 ☐ 50,001-100,000
    ☐ 100-199 ☐ 10,001-25,000 ☐ More than 100,000
    ☐ 200-999

15. **Estimated assets**

    ☐ $0-$50,000 ☐ $1,000,001-$10 million ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000 ☐ $10,000,001-$50 million ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000 ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion
    ☒ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000 ☐ $1,000,001-$10 million ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000 ☐ $10,000,001-$50 million ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000 ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion
    ☒ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  10/22/2020
                 MM / DD / YYYY

    ✗ /s/ Matthew Everitt                        MATTHEW EVERITT
    Signature of authorized representative of debtor    Printed name

    Title  CFO

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  **WORLD OF DANCE TOUR INC.**
Name

Case number (*if known*) _____

**18. Signature of attorney**     ✗ *Fred Neufeld*                                                 Date  10/22/2020

Signature of attorney for debtor                                                                        MM / DD / YYYY

Fred Neufeld
Printed name

Stradling Yocca Carlson & Rauth, A Professional Corporation
Firm name

10100 Santa Monica Blvd, Suite 1400
Number        Street

Los Angeles                                               CA        90067
City                                                             State     ZIP Code

(424) 214-7000                                           fneufeld@sycr.com
Contact phone                                              Email address

150759                                                      CA
Bar number                                                  State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **5**



# Corporate Resolution Authorizing Filing of Chapter 11 Case

## Resolutions of the Board of Directors of World of Dance Tour Inc.

WHEREAS, the Board of Directors (the "Board") of World of Dance Tour Inc., a California corporation (the "Company"), acting pursuant to the laws of the State of California, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Board has reviewed the assets and current and long-term liabilities of the Company;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interest of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

RESOLVED, that the officers of the Company Matthew Everitt and David Gonzalez (each, an "Authorized Officer") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists and other papers or documents, and to take and perform any and all further actions and steps that such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of and Stradling Yocca Carlson & Rauth, P.C. ("SYCR") to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed appropriate applications for authority to retain the services of SYCR; and

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as a deemed necessary, desirable and proper; and

RESOLVED, that the Authorized Officers of the Company be, and each of them hereby is, authorized and empowered to obtain unsecured or secured prepetition and post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities, and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such prepetition or post-petition financing; and in connection therewith, the Authorized officers of the Company are

Doc ID: b49015c52ea96d07ded8ccc2acc79aefe940c633

hereby authorized and directed to execute appropriate loan agreements and related ancillary documents; and

RESOLVED that the Authorized Officers of the Company be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company to cause the Company (i) to file a chapter 11 plan (and attendant disclosure statement if required), and to prosecute and obtain confirmation of such plan or similar plan in the chapter 11 case and/or (ii) to sell some or substantially all of the Company's assets in a sale, pursuant to the plan, or in a sale pursuant to the plan; and

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications and complaints for approvals or rulings of judicial, governmental or regulatory authorities and to take any and all actions and steps deemed by such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

# OFFICER CERTIFICATE

The undersigned officer of World of Dance Tour Inc., a California corporation (the "Company"), hereby certifies as follows:

1. I am the duly qualified President of the Company and a member of the Board, and, as such, am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Company.

2. Attached hereto is a true and complete copy of the resolution of the Board of Directors of the Company, duly adopted at a properly convened telephonic meeting of the Board of Directors on October 22, 2020, by a vote of the directors of the Company.

3. Such resolution has not been amended, altered, annulled, rescinded or revoked and is in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board of Directors of the Company relating to the matters set forth in the resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate on this 22nd day of October, 2020.

_____
Name:  David Gonzalez
Title:  President

Doc ID: b49015c52ea96d07ded8ccc2acc79aefe940c633