STRADLING YOCCA CARLSON & RAUTH, P.C.
Fred Neufeld (State Bar No. 150759)
Gregory K. Jones (State Bar No. 181072)
10100 N. Santa Monica Blvd, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile:  (424) 214-7010
E-mail: fneufeld@sycr.com
E-mail: gjones@sycr.com

*Attorneys for Debtor World of Dance Tour Inc.*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:20-bk-12963 |
| WORLD OF DANCE TOUR INC., | Chapter 11 |
| Debtor and Debtor-in-Possession. | |
| | **LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

4826-5709-9983v1/103198-0000

**Fill in this information to identify the case:**

Debtor name __WORLD OF DANCE TOUR INC.__

United States Bankruptcy Court for the: __Central__  District of __CA__
(State)

Case number (If known): __8:20-bk-12963__

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sweet Lemons, LLC<br>324 South Beverly Dr, #484<br>Beverly Hills, CA 90212 | Al Hassas<br>(310) 614-5113<br>mralhassas@gmail.com | SERVICES | | | | 715,057.56 |
| 2 | Kahana & Feld LLP<br>2603 Main Street, Suite 350<br>Irvine, CA 92614 | Amir M. Kahana, Esq<br>949-812-4781<br>akahana@kahanafeld.com | SERVICES | | | | 104,419.04 |
| 3 | Bank of America, NA<br>P.O. Box 15220<br>Wilmington, DE 19886-5220 | Brandon Schaeffer<br>(833) 387-4278 | BANK LOAN | | | | 93,352.00 |
| 4 | John Paul Mitchell<br>20705 Centre Pointe Pkwy<br>Santa Clarita, CA 91350 | | CLIENT DEPOSIT | | | | 52,500.00 |
| 5 | Hyatt Regency San Francisco<br>5 Embarcadero Center<br>San Francisco, CA 94111 | | RENT | | | | 12,560.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

American LegalNet, Inc.
www.FormsWorkFlow.com