STRADLING YOCCA CARLSON & RAUTH, P.C.
Fred Neufeld (State Bar No. 150759)
Tatiana Ingman (State Bar No. 314284)
10100 N Santa Monica Blvd, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
E-mail: fneufeld@stradlinglaw.com
E-mail: tingmans@stradlinglaw.com

*Attorneys for Debtor World of Dance Tour Inc.*

FILED & ENTERED

NOV 04 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:20-bk-12963-TA |
| WORLD OF DANCE TOUR INC., | Chapter 11, Subchapter V |
| Debtor and Debtor in Possession. | Honorable Theodor C. Albert presiding |
| | **ORDER DENYING "RENEWED MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. §1112(b); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF DAREN M. SCHLECTER, ESQ. DAVID JONELIS, ESQ. & AL HASSAS IN SUPPORT"** |
| | Hearing:<br>Date: October 27, 2021<br>Time: 10:00 a.m.<br>Ctrm: 5B (via ZoomGov) |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

4890-4432-8449v1/103198-0000

1   On October 27, 2021, a hearing was held in this U.S. Bankruptcy Court on the "Renewed Motion to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. §1112(b); Memorandum of Points and Authorities; Declarations of Daren M. Schlecter, Esq. David Jonelis, Esq. & Al Hassas in Support" (Docket Nos. 145 – 48, the "Motion"), which Motion was filed by creditors Al Hassas and Sweet Lemons LLC ("Movants"). World of Dance Tour Inc., the debtor and debtor-in-possession in this chapter 11 subchapter V case ("Debtor"), filed an opposition to the Motion (Docket No. 153), and Movants filed a reply (Docket No. 154).

The Court, having read and considered the Motion, opposition and reply, and having heard the arguments of Movants, the Debtor and Mr. Scharf (the Subchapter V trustee) at the hearing, and having concluded under the circumstances of the case that good cause does not exist to grant the Motion, **IT IS HEREBY ORDERED THAT** the Motion is denied.

### ###

Date: November 4, 2021

_Theodor C. Albert_
Theodor C. Albert
United States Bankruptcy Judge