STRADLING YOCCA CARLSON & RAUTH, P.C.
Fred Neufeld (State Bar No. 150759)
Tatiana Ingman (State Bar No. 314284)
10100 N Santa Monica Blvd, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
E-mail: fneufeld@stradlinglaw.com
E-mail: tingman@stradlinglaw.com

*Attorneys for Debtor World of Dance Tour Inc.*

FILED & ENTERED

DEC 27 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>WORLD OF DANCE TOUR INC.,<br><br>    Debtor and Debtor in Possession. | Case No. 8:20-bk-12963-TA<br><br>Chapter 11, Subchapter V<br><br>Honorable Theodor C. Albert presiding<br><br>**ORDER: (I) SETTING NEW DEADLINES AND HEARING DATE RELATED TO CHAPTER 11 PLAN CONFIRMATION; AND (II) SETTING NEW HEARING DATE ON DEBTOR'S CLAIM OBJECTION RE PROOF OF CLAIM OF CREDITOR SWEET LEMONS, LLC**<br><br>Pre-Solicitation Status Conference held on December 8, 2021 at 10:00 a.m. |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

4878-5469-8246v1/103198-0000

## ORDER

On November 12, 2021, this United States Bankruptcy Court (the "Court") entered its *Order: (1) Establishing Deadlines Related To Debtor's Proposed Chapter 11 Plan; And (II) Giving Notice Of Pre-Solicitation Status Conference To Be Held at 10:00 A.M. On December 8, 2021*, Docket No. 172. At the Pre-Solicitation Status Conference held on December 8, the Court set new deadlines for the plan solicitation, voting and objection procedures, a new date for the plan confirmation hearing, and a new hearing date for the Debtor's objection to the proof of claim Sweet Lemons, LLC. Accordingly, **IT IS HEREBY ORDERED THAT:**

1. The deadline for commencing solicitation of votes on the Plan by mailing copies of the Plan, ballots, and notices of (a) the deadlines for voting on the Plan and objecting to confirmation of the Plan and (b) the date of the Plan confirmation hearing, shall be **January 7, 2022.**

2. For a ballot to be counted, it must be received by the Debtor by **February 4, 2022, at 5:00 p.m**. The Debtor shall file a vote tally no later than **February 5, 2022**.

3. The deadline for filing oppositions to confirmation of the Plan shall be **February 8, 2022**. The Debtor's Plan confirmation brief shall be filed no later than **February 16, 2022**.

4. The confirmation hearing shall be held on **February 23, 2022, at 10:00 a.m.** The Debtor shall provide Zoom.gov notice in the vote solicitation package, and again three court days before the confirmation hearing.

5. The hearing date on the Debtor's objection to the proof of claim of Sweet Lemons, LLC (Docket No. 179) shall be **January 26, 2022 at 10 a.m.** Oppositions are due 14 calendar days before the hearing and replies are due 7 calendar days before the hearing.

### # # #

Date: December 27, 2021

_Theodor C. Albert_
Theodor C. Albert
United States Bankruptcy Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

4878-5469-8246v1/103198-0000    2