Mark M. Sharf
6080 Center Dr., Suite 600
Los Angeles, CA 90045
Telephone:     (323) 612-0202
Email:         mark@sharflaw.com

*Chapter 11 (Subchapter V) Trustee*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>WORLD OF DANCE TOUR INC.<br><br>            Debtor(s) | Case No. 8:20-bk-12963-TA<br><br>Chapter 11<br><br>**NOTICE OF HEARINGS ON:**<br>**A. FIRST AND FINAL FEE APPLICATION OF MARK M. SHARF, SUBCHAPTER V TRUSTEE, FOR APPROVAL OF COMPENSATION FOR THE PERIOD FROM OCTOBER 27, 2020 THROUGH MARCH 21, 2022; AND**<br>**B. FINAL FEE APPLICATION FOR SCHENK GROUP, INC AS BUSINESS VALUATION EXPERT**<br><br><u>Hearing</u>:<br>Date:  April 13, 2022<br>Time:  10:00 a.m.<br>Place: Ctrm 5B VIA ZOOM |

NOTICE IS HEREBY GIVEN that a hearing will be held Via Zoom before the Honorable Theodor Albert, United States Bankruptcy Judge, on April 13, 2022, at 10:00 a.m., to consider and act upon: A. the First And Final Fee Application Of Mark M. Sharf, Subchapter V Trustee, For Approval Of Compensation For The Period From October 27, 2020 Through March 21, 2022 (the

"Trustee's Fee Application"), and B. the Final Fee Application For Schenk Group, Inc As Business Valuation Expert (the "Appraiser's Fee Application").

The hearing will not be conducted in the presiding Judge's courtroom, but instead will be conducted by telephone or video, as explained in the Supplemental Notice served upon you concurrently herewith.

The Trustee's Fee Application is seeking payment of a total of $46,600.00 for all services rendered and expense incurred in the above-captioned case for the time period 10/27/2020 through 3/21/2022.

By the Appraiser's Fee Application Schenk Group Inc. is seeking approval of fees in the amount of $20,210.58 for its services rendered in this case valuing the Debtor's business and intellectual property.

Copies of the complete Trustee's Fee Application and the Appraiser's Fee Application may be obtained from a) the Clerk of the Bankruptcy Court in Santa Ana, California, b) from the PACER system (an acronym for "Public Access to Court Electronic Records") located at https://pcl.uscourts.gov (and also accessible at https://ecf.cacb.uscourts.gov), or by sending an email requesting either or both of the fee applications to mark@sharflaw.com.

PLEASE TAKE FURTHER NOTICE that any response to the Trustee's Fee Application and any response to the Appraiser's Fee Application must be filed and served no later than 14 days prior to the hearing on this Motion. See Local Bankruptcy Rule ("LBR") 9013-1(f). Failure to timely file a response may be deemed as consent to the relief requested by the Trustee's Fee Application. See LBR 9013-1(h).

DATED: March 23, 2022         By: /s/ Mark M. Sharf
                              Mark M. Sharf, Subchapter V Trustee